[No. 27364-7-I.  Division One.  April 20, 1992.]

CARL SELTZ, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-19578-0, Anthony P. Wartnik, J., entered

October 24, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Forrest, JJ.